IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IRIS CORRALES, an individual and ELAINE HOPKINS, an individual. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. _____ |
| SIMMONS PREPARED FOODS, INC., an Arkansas Corporation. | § § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Simmons Prepared Foods, Inc. ("Defendant") hereby removes this civil action filed by Plaintiffs Iris Corrales ("Corrales") and Elaine Hopkins ("Hopkins") (together, "Plaintiffs") in Benton County Circuit Court, Arkansas, to the United States District Court for the Western District of Arkansas, Fayetteville Division. Defendant respectfully states as follows:

### I.      INTRODUCTION

1.      On November 18, 2021, Plaintiffs filed their Complaint ("Complaint") in Benton County Circuit Court, Arkansas ("State Court Action") alleging retaliation and a hostile work environment in violation of Title VII of the Civil Rights Act of 1964 and the Arkansas Civil Rights Act of 1993.  The case is styled *Iris Corrales and Elaine Hopkins v. Simmons Prepared Foods, Inc.*, Civil Action No. 04CV-21-2788.

2.      Defendant was served with the Summons and Plaintiffs' Complaint on November 30, 2021.

3.	Defendant has timely filed this Notice of Removal within the 30-day time period required by 28 U.S.C. § 1446(b).

4.	Defendant has not filed an Answer or other pleading in the State Court Action.

## II.	BASIS FOR REMOVAL: FEDERAL QUESTION JURISDICTION

5.	In their Complaint, Plaintiffs assert claims against Defendant for alleged acts of retaliation and hostile work environment in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, et seq. *See* Ex. A-2, Plaintiffs' Complaint at ¶¶ 4, 6, 48, 49, 75.  Therefore, this case presents a federal question pursuant to 28 U.S.C. § 1331 and is removable under 28 U.S.C. § 1441.

6.	Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending."  This Court, furthermore, has discretion to exercise supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a).

7.	Venue is proper in the United States District Court for the Western District of Arkansas, Fayetteville Division, because this Court is the federal district court embracing the Circuit Court of Benton County, Arkansas, where the State Court Action was filed and the actions complained of in Plaintiffs' Complaint allegedly occurred.

8.	Therefore, this Court has jurisdiction over this case and removal is proper pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1441.

## III.	PROCEDURAL STATEMENTS

9.	An index of all documents filed in the State Court Action, and the date of filing, is attached to this Notice of Removal as Exhibit A.

10.     All pleadings, process, orders, and other filings in the State Court Action, including the docket, are attached to this Notice of Removal, as required by 28 U.S.C. § 1446(a).  *See* Exhibits A-1 to A-3.

11.     A true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court of Benton County, Arkansas, as required by 28 U.S.C. § 1446(d).

12.     Written notice of the filing of this Notice of Removal has been or will be given to Plaintiffs as required by law.

13.     A completed Federal Civil Cover Sheet and the removal fee of $400.00 accompany this Notice of Removal.

### IV.     CONCLUSION

For the foregoing reasons, Defendant respectfully requests that further proceedings in the matter of *Iris Corrales and Elaine Hopkins v. Simmons Prepared Foods, Inc.*, Civil Action No. 04CV-21-278, pending in Benton County Circuit Court, Arkansas, be discontinued, and that this suit be removed to the United States District Court for the Western District of Arkansas, Fayetteville Division.

Respectfully submitted,

SIMMONS PREPARED FOODS, INC.,
Defendant

By:     /s/ Kerri E. Kobbeman
         Kerri E. Kobbeman
         Ark. Bar No. 2008149
         CONNER & WINTERS, LLP
         4375 N. Vantage Drive, Suite 405
         Fayetteville, AR 72703
         Telephone: (479) 582-5711
         Facsimile: (479) 587-1426
         Email: kkobbeman@cwlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 29th day of December 2021, a true and correct copy of the

above and foregoing document was sent via electronic mail and also mailed, postage prepaid

thereon, to the following:

Renee S. Schuldt
MOSTYN PRETTYMAN, PLLC
2601 N. Walton Blvd., Ste. MP
Bentonville, Arkansas 72712
renee@arklawyers.com


/s/ Kerri E. Kobbeman
Kerri E. Kobbeman