# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| IRIS CORRALES, an individual and<br>ELAINE HOPKINS, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>SIMMONS PREPARED FOODS, INC.,<br>an Arkansas Corporation.<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. _____ |

## INDEX OF DOCUMENTS FILED IN THE STATE COURT LITIGATION

Pursuant to 28 U.S.C. § 1446(a), the following documents from *Iris Corrales, an individual and Elaine Hopkins, an individual v. Simmons Prepared Foods, an Arkansas Corporation*, Benton County Circuit Court Case No. 04CV-21-2788, are attached to the Notice of Removal filed herein:

| Exhibit | Document Name | Date Filed |
|---|---|---|
| A-1 | Docket Sheet – State court | 12/28/2021 (print date) |
| A-2 | Complaint | 11/18/2021 |
| A-3 | Summons | 11/18/2021 |

DATED: December 29, 2021                    Respectfully submitted,

SIMMONS PREPARED FOODS, INC.,
Defendant

By:   /s/ Kerri E. Kobbeman
Kerri E. Kobbeman
Ark. Bar No. 2008149
CONNER & WINTERS, LLP
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
Facsimile: (479) 587-1426
Email: kkobbeman@cwlaw.com

**INDEX OF DOCUMENTS FILED IN THE STATE COURT LITIGATION**                    **PAGE 1**