# Exhibit A-1

## Report Selection Criteria

| | |
|---|---|
| Case ID: | 04CV-21-2788 |
| Citation No: | |
| Docket Start Date: | |
| Docket Ending Date: | |

## Case Description

| | |
|---|---|
| Case ID: | 04CV-21-2788 - CORRALES ETAL V SIMMONS PREPARED FOODS INC -*NON-TRIAL* |
| Filing Date: | Thursday , November 18th, 2021 |
| Court: | 04 - BENTON |
| Location: | CI - CIRCUIT |
| Type: | EO - EMPLOYMENT OTHER |
| Status: | OPEN - CASE OPEN |
| Images: | |

## Case Event Schedule

*No case events were found.*

## Case Parties

| Seq # | Assoc | End Date | Type | ID | Name |
|---|---|---|---|---|---|
| 1 | | | JUDGE | 7965460 | **19TH WEST CIRCUIT DIVISION 4** |
| | | | | Aliases: | SCOTT, JOHN R<br>SCOTT, JOHN |
| | | | | | |
| 4 | | | PLAINTIFF/PETITIONER ATTORNEY | 17036840 | **SCHULDT, RENEE SAMARA** |
| | | | | Aliases: | none |
| | | | | | |
| 5 | | | DEFENDANT | 17434840 | **SIMMONS PREPARED FOODS INC AN ARKANSAS CORPORATION** |
| | | | | Aliases: | none |
| | | | | | |
| 3 | | | PLAINTIFF | 17434839 | **HOPKINS, ELAINE** |
| | | | | Aliases: | none |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 2 |   |   | PLAINTIFF | [17434838](#) | **CORRALES, IRIS** |
|   |   |   |   | Aliases: | *none* |
|   |   |   |   |   |   |

## Violations

## Sentence

No Sentence Info Found.

## Milestone Tracks

*No Milestone Tracks found.*

## Docket Entries

| Filing Date | Description | Name | Monetary |
|---|---|---|---|
| 11/18/2021 01:13 PM | AOC COVERSHEET CIVIL | SCHULDT, RENEE SAMARA |   |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 11/18/2021 01:13 PM | COMPLAINT/PETITION FILED $ | SCHULDT, RENEE SAMARA | |
| **Entry:** | *none.* | | |
| **Images** | [WEB](#) | | |
| | | | |
| 11/18/2021 01:13 PM | SUMMONS FEE 21-6-402 $ | SCHULDT, RENEE SAMARA | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |

| 11/18/2021 01:13 PM | SUMMONS ISSUED | SCHULDT, RENEE SAMARA | |
| --- | --- | --- | --- |
| **Entry:** | SIMMONS PREPARED FOODS INC | | |
| **Images** | WEB | | |
| | | | |
| 11/18/2021 01:13 PM | MOF ORIGINAL | SCHULDT, RENEE SAMARA | |
| **Entry:** | *none.* | | |
| **Images** | No Images | | |
| | | | |
| 11/18/2021 01:35 PM | PAYMENT RECEIVED | | |
| **Entry:** | A Payment of $167.50 was made on receipt 04CI74423. | | |
| **Images** | No Images | | |