IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| IRIS CORRALES, an individual and<br>ELAINE HOPKINS, an individual.<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SIMMONS PREPARED FOODS, INC.,<br>an Arkansas Corporation, and<br>SIMMONS FOODS, INC.,<br>an Arkansas Corporation, and<br>SIMMONS FEED INGREDIENTS, INC.,<br>an Arkansas Corporation<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§　　Civil Action No. 5:21-cv-05235-TLB |

## DEFENDANTS' MOTION TO COMPEL ARBITRATION

Pursuant to the Federal Arbitration Act ("FAA"), codified at 9 U.S.C. §§ 1-16, Defendants Simmons Prepared Foods, Inc., Simmons Foods, Inc., and Simmons Feed Ingredients, Inc. (collectively, "Defendants") file this Motion to Compel Arbitration as to the claims asserted by Plaintiffs Iris Corrales and Elaine Hopkins (collectively, "Plaintiffs") against Defendants. The facts and law supporting this Motion are set forth more fully in the accompanying Brief in Support of Defendants' Motion to Compel Arbitration, which is incorporated herein by reference.

The grounds for Defendants' Motion are: (1) a valid and enforceable agreement to arbitrate exists between the parties; and (2) the claims asserted by Plaintiffs are within the scope of the parties' agreement to arbitrate. Therefore, the Court should compel Plaintiffs' claims to arbitration and dismiss Plaintiffs' Amended Complaint with prejudice.

Respectfully submitted,

/s/ Talley R. Parker
Talley R. Parker (admitted *pro hac vice*)
State Bar Number 24065872
talley.parker@jacksonlewis.com
Ethan J. Davis (admitted *pro hac vice*)
State Bar. No. 24107748
ethan.davis@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
Telephone:  (214) 520-2400
Facsimile:  (214) 520-2008

Kerri E. Kobbeman
Ark. Bar No. 2008149
CONNER & WINTERS, LLP
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
Facsimile: (479) 587-1426
Email: kkobbeman@cwlaw.com

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

I certify that, between January 19, 2022 and February 2, 2022, I conferred with Plaintiffs' counsel regarding the relief requested in this Motion and that Plaintiffs' counsel stated that Plaintiffs are opposed to the relief requested in the Motion.

/s/ Talley R. Parker
Talley R. Parker

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this document was served upon the attorneys of record of all parties to the above cause in accordance with Federal Rule of Civil Procedure 5 on February 25, 2022.

/s/ Talley R. Parker
Talley R. Parker