THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | | |
|---|---|---|
| **IRIS CORRALES,** an individual and <br> **ELAINE HOPKINS**, an individual <br><br> PLAINTIFFS <br><br> vs. <br><br> **SIMMONS PREPARED FOODS, INC.,** <br> an Arkansas Corporation, and <br> **SIMMONS FOODS, INC.,** <br> an Arkansas Corporation, and <br> **SIMMONS FEED INGREDIENTS, INC.,** <br> an Arkansas Corporation <br><br> DEFENDANTS | § § § § § § § § § § § § § § § | Civil Action No. 5:21-cv-05235-TLB |

## JOINT ADVISORY TO THE COURT

The Parties advise the Court that they agreed to try the issue of whether Plaintiffs agreed to arbitrate the claims asserted in this action before a jury. Accordingly, unless the Court directs otherwise, the Parties do not plan to submit briefing on whether the trial conducted pursuant to Section 4 of the Federal Arbitration Act should be before a judge or a jury.

RESPECTFULLY SUBMITTED,

Renee S. Schuldt
Mostyn Prettyman, PLLC
Ark. Bar #2020249
2601 N. Walton Blvd., Ste. MP
Bentonville, AR 72712
T: 855-464-4529
F:855-397-2783
renee@arklawyers.com

**ATTORNEY FOR PLAINTIFFS**

and

/s/ Talley R. Parker
Talley R. Parker (admitted *pro hac vice*)
State Bar Number 24065872
talley.parker@jacksonlewis.com
Ethan J. Davis (admitted *pro hac vice*)
State Bar. No. 24107748
ethan.davis@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard Street, Suite 2500
Dallas, Texas 75201
Telephone:  (214) 520-2400
Facsimile:  (214) 520-2008

Kerri E. Kobbeman
Ark. Bar No. 2008149
CONNER & WINTERS, LLP
4375 N. Vantage Drive, Suite 405
Fayetteville, AR 72703
Telephone: (479) 582-5711
Facsimile: (479) 587-1426
Email: kkobbeman@cwlaw.com

**ATTORNEYS FOR DEFENDANTS**